THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALTER G. HARRIS, Appellant, *v.* DUDLEY GILL, as Sheriff of Warren County, Defendant.

MINERVA SCOVILLE, as Administratrix of the Estate of GEORGE R. SCOVILLE, Deceased, Respondent.

*People ex rel. Harris* v. *Gill,* 85 App. Div. 192, affirmed.
(Submitted November 10, 1903; decided November 24, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 6, 1903, which reversed an order of the Warren County Court discharging the relator from the custody of the defendant and remanded said relator to custody.

*T. D. Trumbull, Jr.,* for appellant.

*Erskine C. Rogers* for respondent.

Order affirmed; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.

---

THE PEOPLE OF THE STATE OF NEW. YORK ex rel. CHARLES F. WILLIAMS, Appellant, *v.* JOHN T. MCDONOUGH, as Secretary of State, et al., Constituting the PRINTING BOARD OF THE STATE OF NEW YORK, et al., Respondents.

*People ex rel. Williams* v. *McDonough,* 85 App. Div. 162, affirmed.
Argued November 10, 1903; decided November 24, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 1, 1903, which confirmed the determination of the State Printing Board in awarding a contract for department printing to the defendant Albany Evening Union Company.

*Lewis E. Carr* for appellant.

*J. Newton Fiero* for respondents.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.